■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v FRANK CAMARDELLA, Respondent. [696 NYS2d 808] —Appeal from order, Supreme Court, Bronx County (Efrain Alvarado, J.), entered on or about September 12, 1997, withdrawn in accordance with the terms of the stipulation of the parties hereto. Motion seeking to file a statement pursuant to CPL 450.50 *nunc pro tunc* dismissed as academic. Concur—Sullivan, J. P., Nardelli, Wallach, Andrias and Friedman, JJ.